IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MILLER,

       Plaintiff,                  1:09 CV 00244 WMW PC

       vs.                           ORDER TO SHOW CAUSE

C/O VALDEZ, et al.,

       Defendants.

Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the exercise of jurisdiction by the Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1). Plaintiff has submitted request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation (CDCR) at High Desert State Prison, brings this civil rights action against correctional officials employed by CDCR at Corcoran State Prison.

This action proceeds on the February 6, 2009, complaint. Plaintiff alleges that officials at CSP Corcoran have deprived him of his legal property. Specifically, Plaintiff alleges that officers took legal documents related to the challenge of his underlying criminal conviction and a prisoner civil rights case.

The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a

civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury."

This plaintiff has, on 3 prior occasions, brought civil actions challenging the conditions of his confinement. All three action were dismissed as frivolous, or for failure to state a claim upon which relief can be granted. Among the dismissals suffered by plaintiff that count as strikes under 1915(g) are case numbers <u>Miller v. High Desert State Prison</u>, 2:06-CV-01437-GEB-CMK PC; <u>Miller v. Access SecurePak</u>, 2:07-CV-01538-FCD-CMK PC; <u>Miller v. King Harris Publications Magazine</u>, 1:07-CV_01152 LJO GSA PC; <u>Miller v. California State Prison Corcoran, et al.</u>, 1:08-CV-00594 OWW SMS PC. In this case, Plaintiff fails to allege any facts indicating that he is in imminent danger in serious injury.

Accordingly, IT IS ORDERED that Plaintiff show cause, within thirty days, why he should not be denied leave to proceed in forma pauperis and directed to pay the filing fee in full.

IT IS SO ORDERED.

**Dated:   May 1, 2009**             **/s/  William M. Wunderlich**
                                    UNITED STATES MAGISTRATE JUDGE